## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RODRIGUEZ, on Behalf of Himself and Others Similarly Situated, | CASE NO. 5:14-603-RP |
| *Plaintiff*, | |
| v. | COLLECTIVE ACTION |
| STAGE 3 SEPARATION, LLC, *et al.*, | |
| *Defendants*. | |

## ORDER

The Court GRANTS the Parties' Joint Motion to Approve their Settlement Agreement. The Court approves the Settlement Agreement in its entirety, including the amounts to be paid to Plaintiffs as well as the requested attorney's fees, costs, and service award to Rodriguez. The Court further, DISMISSES this case with prejudice, each party to bear their own fees and costs.

**SIGNED** on _____ _____, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE