IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ROBERT A. RODRIGUEZ, *on behalf*                 §
*of himself and others similarly situated*, et al.,   §
                                                                  §
            Plaintiffs,                                   §
                                                                  §
v.                                                             §            5:14-CV-00603-RP
                                                                  §
STAGE 3 SEPARATION, LLC, et al.,              §
                                                                  §
            Defendants.                                 §

**JUDGMENT**

        Before the Court is the above entitled cause of action. On December 23, 2015, the Court

entered an order granting in part the Parties' Joint Motion for Settlement. Accordingly, the Court

renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

        **IT IS ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE.**

        **IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

        **IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

        **SIGNED** on December 28, 2015.


_____

ROBERT L. PITMAN

UNITED STATES DISTRICT JUDGE